1

2

3

4

5

6

7

8

9

10

11

**United States District Court**
For the Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GERMAN AGUILAR, as Guardian Ad Litem
of BLANCA AGUILAR and STEPHANIE
AGUILAR,

       Plaintiffs,

    v.

NATIONAL RAILROAD PASSENGER
CORPORATION ("Amtrak"), UNION PACIFIC
RAILROAD COMPANY, and DOES 1 to 100,
Inclusive.

       Defendants.

_____/

No. C 05-4891 CW

ORDER DENYING IN
PART APPLICATION
FOR COMPROMISE OF
MINORS' CLAIMS

    Plaintiffs Stephanie and Blanca Aguilar are eight and ten

years old.  In 2000, their mother was killed by a train.

Petitioner German Aguilar, on behalf of his two minor daughters,

Plaintiffs, applies for an Order Approving the Compromise of

Minors' Claims in this matter.  Pursuant to the terms of the

settlement, Defendants have agreed to pay Plaintiffs $275,000.00 to

settle the matter.  That is a fair amount.  The Court also approves

1   of the purchase of annuities for the minor Plaintiffs.  The Court,

2   however, finds that the proposed attorneys' contingency fee of

3   32.96% is not fair or reasonable.  This case settled quickly and

4   did not require a large investment of attorney time.  Furthermore,

5   the Plaintiffs are minors who have lost their mother.  The Court

6   finds that twenty-five percent of $275,000.00, plus costs in the

7   amount of $6,473.83, is a fair amount for counsel's efforts.

8       Plaintiff is ordered within three weeks from the date of this

9   order to file another proposed Order Approving Compromise of

10  Minors' Claims, calculating the new terms of the annuities.  The

11  proposed order shall reflect that $206,250 will be divided and used

12  to purchase annuities for minor Plaintiffs and that attorneys' fees

13  will be awarded in the amount of $68,750 from the settlement,

14  representing a contingency fee of twenty-five percent.

15      IT IS SO ORDERED.

16

17  Dated: 7/19/06

18                                      CLAUDIA WILKEN
                                        United States District Judge

19

20

21

22

23

24

25

26

27

28                                      2

**United States District Court**
For the Northern District of California