United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN AGUILAR, as Guardian Ad Litem of BLANCA AGUILAR and STEPHANIE AGUILAR,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION ("Amtrak"), UNION PACIFIC RAILROAD COMPANY, and DOES 1 to 100, Inclusive.<br><br>    Defendants._____/ | No. C 05-4891 CW<br><br>**AMENDED** ORDER DENYING IN PART APPLICATION FOR COMPROMISE OF MINORS' CLAIMS |

    Plaintiffs Stephanie and Blanca Aguilar are eight and ten years old.  In 2000, their mother was killed by a train. Petitioner German Aguilar, on behalf of his two minor daughters, Plaintiffs, applies for an Order Approving the Compromise of Minors' Claims in this matter.  Pursuant to the terms of the settlement, Defendants have agreed to pay Plaintiffs $275,000.00 to settle the matter.  That is a fair amount.  The Court also approves

1  of the purchase of annuities for the minor Plaintiffs.  The Court,
2  however, finds that the proposed attorneys' contingency fee of
3  32.96% is not fair or reasonable.  This case settled quickly and
4  did not require a large investment of attorney time.  Furthermore,
5  the Plaintiffs are minors who have lost their mother.  The Court
6  finds that twenty-five percent of $275,000.00, plus costs in the
7  amount of $6,473.83, is a fair amount for counsel's efforts.
8       Plaintiff is ordered within three weeks from the date of this
9  order to file another proposed Order Approving Compromise of
10 Minors' Claims, calculating the new terms of the annuities.  The
11 proposed order shall reflect that $199,776.17 will be divided and
12 used to purchase annuities for minor Plaintiffs and that attorneys'
13 fees will be awarded in the amount of $68,750 from the settlement,
14 representing a contingency fee of twenty-five percent.
15      IT IS SO ORDERED.

17 Dated: 7/19/06

                                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge

2