B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
ERIN EILEEN FRY, State Bar No. 220959
efry@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:   (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION AND UNION PACIFIC
RAILROAD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN AGUILAR, as Guardian Ad Litem of Plaintiffs BLANCA AGUILAR and STEPHANI AGUILAR,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION ("Amtrak"), UNION PACIFIC RAILROAD COMPANY, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. C05-4891 CW<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE, EACH PARTY TO BEAR THEIR OWN COSTS** |

IT IS HEREBY STIPULATED by and between Plaintiffs German Aguilar as Guardian ad Litem for Blanca Aguilar and Stephani Aguilar and Defendants Union Pacific Railroad Company and National Railroad Passenger Corporation ("dba Amtrak") through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to these Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party agrees to bear their own costs.

Dated: August 3, 2006

/s/ Erin Eileen Fry
Erin Eileen Fry, Counsel for Defendants
National Railroad Passenger Corp. and
Union Pacific Railroad Co.

13249-31720 EEF 520143.1                           1                           Case No. C05-4891 CW

1
2
3   Dated: July 31, 2006                     /s/ Steven A. Fabbro
                                             Steven A. Fabbro, Counsel for Plaintiffs
                                             German Aguilar as Guardian Ad Litem of
4                                            Blanca Aguilar and Stephani Aguilar
5
6         IT IS SO ORDERED.
                                             [signature: Claudia Wilken]
7                  8/10
    DATED: _____, 2006    By:_____
8                                        HON. CLAUDIA WILKEN
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-31720 EEF 520143.1                    2                       Case No. C05-4891 CW